UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :

v. : No. 2:9cr144(DMC)

MICHAEL ARIZECHI :

It appearing to the Court that Michael Arizechi who is serving a three year term of supervised release since June 11, 2011 filed a motion for Early termination of his Probation; and the government having opposed same; and

For good cause shown;

It is on this 12 day of Sept, 2012,

ORDERED that defendant's motion for early termination of his supervised released be and is hereby Denied.

_____
Dennis M. Cavanuagh, U.S.D.J.